Minnie Jackson, appellee, v. R. C. Hunter, appellant. Gen. No. 32,193.

Opinion filed February 27, 1928.

Edward E. Wilson, for appellant. Henry H. Markovitz, for appellee; Abner Goldenson, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.